IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV 21  P 12: 47
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Bro. Amir Abdul Al-Hakim           )
Full name and prison number        )
of plaintiff(s)                    )
                                   )
v.                                 )  CIVIL ACTION NO. 3:06CV1049-MEF
                                   )  (To be supplied by Clerk of
Lee Co. Justice Ctr                )  U.S. District Court)
                                   )
Sheriff Jay Jones / Nurse Stewart  )
                                   )
Major Cary Tolbert  DR. McFarland  )
                                   )
Sgt. Ray Roberson, Threst,         )
                                   )
Gloria Crowell, Officers           )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the         )
persons.)                          )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✓)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Bro. Amir Abdul Al-Hakim

            Defendant(s) Lee Co. Justice Ctr./Sheriff Jay Jones/Major Cary Tolbert/
            Sgt Ray Roberson/Gloria Crowell/Nurse Stewart/DR. McFarland/Off. Threst

        2.  Court (if federal court, name the district; if
            state court, name the county) Lee County

3. Docket number don't No

4. Name of judge to whom case was assigned don't No

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) dismissed

6. Approximate date of filing lawsuit 1997

7. Approximate date of disposition 1998

II. PLACE OF PRESENT CONFINEMENT Lee Co Justice Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee Co Justice Ctr

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| 2. | Cary Tolbert | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| 3. | Ray Roberson | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| 4. | Gloria Crowell | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| 5. | Nurse Stewart | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| 6. | Dr. McFarland | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |
| | Off. Threet | P.O. Box 2407 Lee Co. Justice Ctr Opelika, Al 36801 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 11-4-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Special dietary meals, upon arriving at the facility I made it known that i was a Muslum, I do not eat Kosher foods and im a Vegaterian, I arrived at this facility on 11-3-06, today is 11-16-06 i have not eaten or received a meal, I ask at every feeding for food and im currently on 24 hr. lockdown for not eating. My health is in danger and it needs to be addressed.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

___

___

___

___

___

GROUND TWO: Violating my Religion constitution Rights, Refused to let me Practice my Religon, no muslim support or activities, they are Bias to Christianity

SUPPORTING FACTS: ___

___

___

___

___

GROUND THREE: Violating my civil Rights, Cruel and unusual Punishment Failure to supply nutrition, not Receiving at least 1 hr a day

SUPPORTING FACTS: out while under lock down.

___

___

___

___

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm just writting cause all my constitution Rights have been violated & I'm sueing for 150 million dollars.

<u>Amir Abdul Al-Arakim</u>
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on <u>11-16-06</u>.
(Date)

<u>Amir Abdul Al-Arakim</u>
Signature of plaintiff(s)

4