**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Cary Tolbert, Major
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Iris Bridges_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 2150 5635

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Gloria Crowell, Officer
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Iris Bridges_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 2150 5604

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Jay Jones
Sheriff
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Iris Bridges_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Iris Bridges
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☒ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 2150 5659

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540