## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Earland
County Detention Facility
Box 2407
lika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Iris Bridges  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Iris Bridges
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   06 cv 1049

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 2150 5666

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

Officer Threat
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Iris Bridges  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Iris Bridges
C. Date of Delivery

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 0810 0005 2150 5611

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

Nurse Steuart
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Iris Bridges  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Iris Bridges
C. Date of Delivery
Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Num: 7006 0810 0005 2150 5642

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154