**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ray Roberson, Sgt.
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Chris Bridges
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Iris Bridges

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06 cv 1049

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0005 2150 5628

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540