IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | | |
|---|---|---|
| BRO. AMIR ABDUL AL-HAKIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-1049-MEF |
| | ) | |
| LEE CO. JUSTICE CTR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 28, 2006 (Doc. #5), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that plaintiff's claims against the Lee County Justice Center are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915 (e)(2)(B)(i).

It is further ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

DONE this the 21st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE