**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **AMIR ABDUL AL-HAKIM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  3:06-cv-01049-MEF-CSC** |
| | ) |
| **LEE COUNTY JUSTICE CENTER, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jay Jones, Major Cary Torbert, Sergeant Ray Roberson, Nurse Linda Stewart, Dr. John McFarland, Officer Gwen Crawl[1], and Officer Tommy Threat, Defendants in the above-styled cause, and move this Court to grant them an extension of time to file their Special Report and Answer.  As grounds for this Motion, this Defendants state as follows:

1.      The Court ordered Defendants to file their Special Report on January 8, 2007 and Answer on January 15, 2007.

2.      Defendants are in need of additional time to fully investigate Plaintiff's claims to provide the Court with a meaningful and complete Special Report.

3.      Defendants have not previously requested an extension of time to file their Special Report and Answer.

4.      Plaintiff will not be prejudiced by an extension of time.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Sergeant Ray Roberson, Nurse Linda Stewart, Dr. John McFarland, Officer Gwen Crawl, and Officer Tommy

---

[1]  Incorrectly designated in the Plaintiff's Complaint as Officer "Gloria Crowell."

Threat request this Court grant them an extension of time to file their Special Report and Answer on or before February 20, 2007.

      Respectfully submitted this 5th day of January, 2007.

> **s/Ashley Hawkins Freeman**
> ASHLEY HAWKINS FREEMAN Bar No.  FRE044
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  afreeman@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the **5th** day of **January, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Amir Abdul Al-Hakim
> Lee County Detention Center
> P.O. Box 2407
> Opelika, AL  36801

> **s/Ashley Hawkins Freeman**
>  OF COUNSEL

2