IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

BRO. AMIR ABDUL AL-HAKIM         *

    Plaintiff,                              *

        v.                                    *         3:06-CV-1049-MEF

LEE CO. JUSTICE CTR., *et al.*,         *

    Defendants.                            *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendants are GRANTED an extension from January 8, 2007 to February 20, 2007 to file their answer and written report.

Done, this 8th day of January 2007.

                                         /s/Charles S. Coody
                                 CHARLES S. COODY
                                 CHIEF UNITED STATES MAGISTRATE JUDGE