**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **AMIR ABDUL AL-HAKIM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  3:06-cv-01049-MEF-CSC** |
| | ) |
| **LEE COUNTY JUSTICE CENTER, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Ray Roberson, Nurse Linda Stewart, Dr. John McFarland, Officer Gwen Crawl[1], and Sergeant Tommy Threat Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

## Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Amir Abdul Al-Hakim, also known as Wayne Harris, and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

## Affirmative Defenses

1.      The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.      The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

---

[1]    Incorrectly designated in the Plaintiff's Complaint as Officer "Gloria Crowell."

3.     The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4.     Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5.     The Plaintiff's claims are barred by the Prison Litigation Reform Act.

6.     Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7.     Defendants are not liable based upon *respondeat superior* theories of liability.

8.     The Plaintiff cannot prove a violation of his rights under the First, Eighth or Fourteenth Amendments to the United States Constitution.

9.     Defendants were not deliberately indifferent in any respect.

Respectfully submitted this 20th day of February, 2007.

**s/Ashley Hawkins Freeman**
ASHLEY HAWKINS FREEMAN Bar No.  FRE044
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  afreeman@webbeley.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this the **20th** day of **February, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

                 Amir Abdul Al-Hakim
                 Lee County Detention Center
                 P.O. Box 2407
                 Opelika, AL  36801

                    **s/Ashley Hawkins Freeman**
                     OF COUNSEL