IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRO. AMIR ABDUL AL-HAKIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:06cv1049-MEF |
| ) | |
| SHERIFF JAY JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On March 20, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that this case is DISMISSED without prejudice.

Done this the 16th day of April 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE